UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| HANAN SAIF AL HADHRAMI, ET AL., | 2:22-CV-10708-TGB |
| Plaintiffs, | |
| vs. | ORDER DISMISSING CASE |
| MERRICK GARLAND, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES; ET AL., | HONORABLE TERRENCE G. BERG |
| Defendants. | |

Pursuant to the Notice of Voluntary Dismissal by Plaintiffs, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

DATED this 29th day of June, 2022.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge